

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KELLY V. GARNER           :    CIVIL ACTION
                          :
       v.                 :
                          :
THE PHILADELPHIA SCHOOL DISTRICT :    NO. 12-2547

## O R D E R

AND NOW, this 14th day of May, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and her pro se complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED for the reasons stated in the Court's accompanying Memorandum.

3. Plaintiff's motion for appointment of counsel is DENIED.

4. This case shall be marked CLOSED.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.

ENTERED
MAY 14 2012
CLERK OF COURT

5/18/12 mail:
Garner